UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE BANK,<br><br>    Plaintiff,<br>vs.<br><br>NANCY K. TEDESCHI,<br><br>    Defendant. | Civil Action No: 1:11-CV-0767 LEK/DRH |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) that the action be dismissed, with prejudice, and without costs to either party with each party paying their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| Berkshire Bank | Nancy K. Tedeschi |
| By its Attorney, | By her Attorney, |
| /s / David Valicenti | /s/ Richard L. Weisz |
| David Valicenti (NDNY Bar No. 2806560) | Richard L. Weisz |
| Cohen, Kinne, Valicenti & Cook LLP | Hodgson, Russ Law Firm - Albany Office |
| 28 North Street | 677 Broadway |
| Pittsfield, MA 01201 | Suite 301 |
| Phone: (413) 443-9399 | Albany, NY 12207 |
| | 518-465-2333 |
| | 518-465-1567 (fax) |
| | rweisz@hodgsonruss.com |

IT IS SO ORDERED:

*[signature]*

Lawrence E. Kahn
U.S. District Judge
Dated: November 13, 2017
Albany, NY